UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES GALVAN,<br><br>    Petitioner,<br><br>    vs.<br><br>DERRAL ADAMS,<br><br>    Respondent.<br>_____/ | 1:10-cv-00251-LJO-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

    Dated: **March 15, 2010**            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE